```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
BERNARD WANNAMAKER,                      :
                         Plaintiff,      :
                                         :
            -v-                          :   07 Civ. 4013 (DLC)
                                         :
C.O. HARRIS, C.O. MICHELS,               :   ORDER
THE CITY OF NEW YORK, DEPARTMENT OF      :
HEALTH SERVICES, DEPARTMENT OF           :
CORRECTIONS                              :
                         Defendants.     :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

DENISE COTE, District Judge:

The above-referenced case has been assigned to this Court. The complaint was filed with the Court on May 23, 2007, but our files reflect that the complaint was never served on the defendants. It is hereby

ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendants have been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any communication from you by **November 15, 2007**, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

1

In addition, in the event that your address changes, please be sure to inform the Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:   New York, New York
         October 15, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Bernard Wannamaker
07-A-1983
UpState Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, NY 12953