```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BERNARD WANNAMAKER,
                       Plaintiff,

        -v-                           07 Civ. 4013 (DLC)

C.O. HARRIS, C.O. MICHELS, THE CITY OF   ORDER OF
NEW YORK, DEPARTMENT OF HEALTH          DISCONTINUANCE
SERVICES, DEPARTMENT OF CORRECTIONS,
                       Defendants.
-------------------------------------X

DENISE COTE, District Judge:

    Plaintiff filed the complaint in the above-captioned case on May 25, 2007. By Order dated October 15, plaintiff was required to inform this court, no later than November 15, why service on the defendants had not been made within 120 days of the complaint's filing, as required by Federal Rule of Civil Procedure 4(m). Plaintiff was informed that failure to show good cause why service had not been made would result in dismissal of this action. Because plaintiff has made no reply to the Court's October 15 order, it is hereby

    ORDERED that the case is dismissed. The Clerk of Court shall close the case.

    SO ORDERED:

Dated:   New York, New York
          November 27, 2007

                                  /s/ Denise Cote
                                  DENISE COTE
                       United States District Judge

Copy Mailed to:


Bernard Wannamaker
07-A-0183
UpState Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, NY 12953